**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JAMES B. JONES,**

      **Plaintiff,**

                                    **Civil Action 2:12-cv-56**

     **v.**                              **Judge Michael H. Watson**

                                    **Magistrate Judge E.A. Preston Deavers**

**MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## <u>DEFICIENCY NOTICE</u>

      Because Plaintiff's suit involves a federal government agency, in addition to serving the named defendants, he must also serve the local United States Attorney's Office and the Attorney General of the United States in Washington D.C. *See* Fed. R. Civ. P. 4(i). Plaintiff failed to include an additional summons form for service upon the local United States Attorney's Office and the United States Attorney General. The Court advises Plaintiff that he must assure service on the appropriate parties within 120 days of his filing of his Complaint pursuant to Federal Rule of Civil Procedure 4(m). Failure to do so will result in dismissal under Rule 4(m). The Clerk's office will supply the proper addresses. Should Plaintiff timely submit the additional summons form, the Court **DIRECTS** the United States Marshal to effect service of process. Further, the Clerk's office is **DIRECTED** to send a copy of the *pro se* litigants handbook to Plaintiff. Page six of the handbook offers guidance to *pro se* litigants on effecting service of process.

**IT IS SO ORDERED.**

Date:  January 25, 2012

                                             _____/s/ *Elizabeth A. Preston Deavers*_____
                                                 Elizabeth A. Preston Deavers
                                                 United States Magistrate Judge